

**Entered on Docket
January 22, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Robert Ginther and Linda S. Ginther

E-FILED: January 12, 2010

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | ) Case No. BKS-09-28417-MKN<br>) Chapter 7<br>)<br>) |
| **Robert Ginther and Linda S. Ginther**, | ) Hearing Date:   January 6, 2010<br>) Hearing Time:  2:30 P.M.<br>)<br>) |
| Debtor(s). | ) |

**ORDER APPROVING DEBTORS' MOTION AND APPLICATION TO
CONVERT FROM CHAPTER 7 TO CHAPTER 13**

THE ABOVE MATTER having been heard at the time and date above:

/./././

- 1 -

**IT IS ORDERED THAT** the Debtors' Chapter 7 proceeding be converted to a proceeding under Chapter 13 of the Bankruptcy Code.

DATED January 12, 2010

        HAINES & KRIEGER, L.L.C.

By:   /s/George Haines, Esq.
        George Haines, Esq.
        Attorney for Debtor(s)

### **ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_x__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND: James F. Lisowski, Sr.

###